UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GREG PICARD (#241894)

VERSUS

RONNIE THERIOT

CIVIL ACTION

NO. 08-587-JJB-DLD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated February 20, 2009 (doc. no. 10). Petitioner filed an objection to the report and essentially makes the same arguments which have been duly addressed by the Magistrate Judge. The exhibits submitted with the objection do not pertain to the conviction at issue in this case.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petitioner's application for habeas corpus relief is DISMISSED as untimely.

Baton Rouge, Louisiana, this 12th day of March, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA